UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CIVIL ACTION NO. 5:09-CV-193-KSF

EP ACQUISITION CORP., et al.                                                         PLAINTIFFS

vs.                               **OPINION AND ORDER**

MAXXTRADE, INC., et al.                                                              DEFENDANTS

* * * * * * * *

This matter is before the Court on its own motion. The parties were ordered to show cause why this matter should not be dismissed with prejudice and stricken from the active docket. [DE 49]. No response to the order having been filed,

**IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and shall be **STRICKEN** from the active docket.

This November 17, 2011.



Signed By:

*Karl S. Forester*  KSF
**United States Senior Judge**